UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **HEATHER LEE MINOR,** individually and on behalf of all others similarly situated, | Case No. |
| | **CLASS ACTION COMPLAINT** |
| *Plaintiff*, | **DEMAND FOR JURY TRIAL** |
| *v.* | |
| **AP OF SOUTH FLORIDA, LLC**, a Florida registered company, | |
| *Defendant.* | |

## CLASS ACTION COMPLAINT

Plaintiff Heather Lee Minor ("Plaintiff Minor" or "Minor") brings this Class Action Complaint and Demand for Jury Trial against Defendant AP of South Florida, LLC d/b/a Fiorella Insurance Agency ("Defendant" or "Fiorella Insurance") to stop the Defendant from violating the Telephone Consumer Protection Act ("TCPA") by making pre-recorded telemarketing calls to consumers without consent, in addition to placing unsolicited calls and text messages to phone numbers that are registered on the National Do Not Call registry ("DNC"). Plaintiff also seeks injunctive and monetary relief for all persons injured by Defendant's conduct. Plaintiff Minor, for this Complaint, alleges as follows upon personal knowledge as to herself and her own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by her attorneys.

## PARTIES

1.      Plaintiff Minor is a resident of Tallahassee, Florida.

2.      Defendant AP of South Florida is a Florida company headquartered in Orlando, Florida.

## JURISDICTION AND VENUE

3.      This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

4.      Venue is proper in this District under 28 U.S.C. § 1391(b) because the wrongful conduct giving rise to this case was directed by Defendant to Plaintiff in this District.

## INTRODUCTION

5.      As the Supreme Court explained at the end of its term this year, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in Congress have been fighting back." *Barr v. Am. Ass'n of Political Consultants*, No. 19-631, 2020 U.S. LEXIS 3544, at \*5 (U.S. July 6, 2020).

6.     When Congress enacted the TCPA in 1991, it found that telemarketers called more than 18 million Americans every day. 105 Stat. 2394 at § 2(3).

7.     By 2003, due to more powerful autodialing technology, telemarketers were calling 104 million Americans every day. In re Rules and Regulations Implementing the TCPA of 1991, 18 FCC Rcd. 14014, ¶¶ 2, 8 (2003).

8.     The problems Congress identified when it enacted the TCPA have only grown exponentially in recent years.

9.     According to online robocall tracking service "YouMail," 4.3 billion robocalls were placed in January 2024 alone, at a rate of 137.9 million per day. www.robocallindex.com (last visited February 4, 2024).

10.    The FCC also has received an increasing number of complaints about unwanted calls, with 150,000 complaints in 2016, 185,000 complaints in 2017, and 232,000 complaints in 2018. FCC, Consumer Complaint Data Center, www.fcc.gov/consumer-help-center-data.

11.    "Robocalls and telemarketing calls are currently the number one source of consumer complaints at the FCC." Tom Wheeler, *Cutting off Robocalls* (July 22, 2016), statement of FCC chairman.[1]

12.    "The FTC receives more complains about unwanted calls than all other complaints combined." Staff of the Federal Trade Commission's Bureau of

---

[1] https://www.fcc.gov/news-events/blog/2016/07/22/cutting-robocalls

Consumer Protection, *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* Notice of Proposed Rulemaking, CG Docket No. 02-278, at 2 (2016).[2]

## COMMON ALLEGATIONS

13.     Fiorella Insurance sells insurance to consumers.[3]

14.     Defendant Fiorella Insurance places pre-recorded solicitation calls to consumers to solicit its insurance products along with text messages.

15.     Consumers have captured and posted pre-recorded calls and voicemails that they received from Fiorella Insurance, including:

---

[2] https://www.ftc.gov/system/files/documents/advocacy_documents/comment-staff-ftc-bureau-consumer-protection-federal-communications-commission-rules-regulations/160616robocallscomment.pdf

[3] https://fiorellainsurance.com/about_v1/



# (727) 213-8980 is a Health Insurance Robocall

Be cautious.

**LISTEN**
▶ 0:00 / 1:16

**TRANSCRIPT**
Hello, this is Courtney with Fiorella Insurance, your local agency for Florida blue. We received your request for affordable health coverage. Would you be available to discuss the newly released plans for open enrollment 2023 today? You can press one now to speak with a health advisor. Open enrollment for January 1. Coverage runs until December 15. We can find the perfect Florida Blue plan for you, potentially saving your family money and keeping you covered for 2023. Get your coverage while open enrollment is still here. Press one now to get protected. For 2023, press nine to be removed from our list. Hello. This is Courtney with Fiorella Insurance, your local agency for Florida Blue. We received your request for affordable health coverage. Would you be available to discuss the newly released plans for open enrollment 2023 today? You can press one now to speak with a health advisor. Open enrollment for January 1. Coverage runs until December 15. We can find the perfect Florida Blue plan for you, potentially saving your family money and keeping you covered for 2023. Get your coverage while open enrollment is still here. Press one now to get protected. For 2023, press nine to be removed from our list.

**DATE BLOCKED**   January 19, 2024

**CALL ACTIVITY**   `Low`  **Last detected 2 weeks ago**                                        [4] [5]

# (772) 222-2110 is a Health Insurance Robocall

Be cautious.

**LISTEN**
▶ 0:00 / 1:15

**TRANSCRIPT**
Hello, it's crystal at Fiorella Insurance. Thanks for requesting a quote. After a quick review of the application you submitted for health insurance, you may be eligible for as low as $0 a month Florida blue coverage. You can press one now to speak with a licensed agent. These affordable plans include perks like low to no copays for x rays, lab work and doctor visits, access to affordable generic prescription drugs, low deductibles, and more. You can finalize your application for coverage by simply pressing one now. Thank you for your time. Press nine to be removed from our call list hello, it's Crystal at Fiorella Insurance. Thanks for requesting a quote. After a quick review of the application you submitted for health insurance, you may be eligible for as low as $0 a month Florida blue coverage. You can press one now to speak with a licensed agent. These affordable plans include perks like low to no copays for x rays, lab work and doctor visits, access to affordable generic prescription drugs, low deductibles, and more. You can finalize your application for coverage by simply pressing one now. Thank you for your time. Press nine to be removed from call list.

**DATE BLOCKED**   February 2, 2024

**CALL ACTIVITY**   `Elevated`  **Last detected 2 days ago**                                        [6] [7]

---

[4] https://www.nomorobo.com/lookup/727-213-8980
[5] https://www.dropbox.com/scl/fi/75fnk0v5fkfkb02oql0ip/727-213-8980-Fiorella-Nomorobo-Recording.mp3?rlkey=0jo6n4gtm47y86ynjdr63lu4y&dl=0
[6] https://www.nomorobo.com/lookup/772-222-2110
[7] https://www.dropbox.com/s/p3f22h1ri7i2qgm/772-222-2110%20Nomorobo%20Recording.wav?dl=0

16.    In addition to the above, consumers have posted complaints about pre-

recorded telemarketing calls that they received from Fiorella Insurance, including:

- I have received over 25 spam calls from *** from Fiorella Insurance." They call every day, sometimes multiple times a day, and **leave the same recorded message.** Every time I block their number, they call again the next day from a new number with area codes ranging throughout the country. I have no business relationship with Fiorella Insurance. I have never sought to open an account with Fiorella Insurance. I have no interest in having anything at all to do with Fiorella Insurance. All I want is for the calls to stop. It appears that I am not the only victim of their robocall harassment…"[8] (emphasis added)

- "They call me multiple times each day. Every time they leave a voicemail from **** that is **obviously a robo-call**."[9] (emphasis added)

- "I am receiving **daily (robocalls)** from this company. I have tried blocking the numbers, but they keep changing. I am not currently, nor will I ever be, a customer. I simply want to be removed from their call list."[10] (emphasis added)

- "I work for a healthcare system and **received 64 spam roboalls in 1 week** from this company. They call from different phone numbers and area codes so it's impossible to block them. All of their calls are tying up our phone lines. If I was in the market for insurance, I would go out of my way not to purchase from them based on this experience. Companies who **robocall** need to [be] fined until they stop."[11] (emphasis added)

---

[8] https://www.complaintsboard.com/fiorella-insurance-agency-b133594
[9] *Id.*
[10] *Id.*
[11] *Id.*

17.    In addition to placing unsolicited pre-recorded calls to consumers,
Fiorella Insurance also places telemarketing calls and text messages to phone
numbers that are registered on the DNC, as per Plaintiff's experience.

18.    Just in the last 3 months, consumers have voiced the following after
having receiving unwanted calls and texts from the Defendant:

- "I have not signed up for text messages or calls from this insurance
  company yet they spam me every day for the past 3 days with calls and
  texts. I have previously filed a complaint against them and they
  somehow started calling and texting me again!!"[12]

- "For the past few days, I've been receiving calls, texts, and emails all
  hours of the day. I've asked them several times to stop calling. I've opt-
  out of texts and unsubscribed to emails, but they still continue. I just
  want them to stop. They claim someone from my number reached out
  to them but I can assure you that is a lie."[13]

- "This company called several times even after being told to stop calling
  me, if it continues legal action will be the next course. Funny they are
  in ******* and I am Indiana and they call from my area code, they say
  I requested a quote which is a lie since I sell insurance for a living."[14]

- "This company has made daily unsolicited robocalls over the past
  month and leaves robo-voicemail. I attempted to block the number, but
  the organization still leaves messages. I would like them to cease and
  desist any and all contact with me."[15]

- "This company has made daily unsolicited robocalls over the past
  month and leaves robo-voicemail. I attempted to block the number,
  but the organization still leaves messages. I would like them to cease
  and desist any and all contact with me."[16]

---

[12] https://www.bbb.org/us/fl/west-palm-beach/profile/insurance-agency/fiorella-insurance-agency-inc-0633-31002370/complaints
[13] *Id.*
[14] *Id.*
[15] *Id.*
[16] *Id.*

- "I get daily/hourly robocalls from this agency. Even when told to stop, they won't. I get ***** calls a day."[17]

- "This business has called me over 30 times in one day. I answer and click one to not be contacted again. It then calls me again with a different phone number. It has texted me 10 times and I have retuned message with stop to unsubscribe. It continues to text me."[18]

- "These people never, ever, ever stop calling. Even after you block their calls...they call again on different numbers. 8:05 AM on the dot, first thing in the morning. They never, ever stop!!! I never contacted them!!! They spam and spam and call and call"[19]

19.    In response to these calls and text messages, Plaintiff Minor brings forward this case seeking injunctive relief requiring the Defendant to cease from violating the TCPA, as well as an award of statutory damages to the members of the Classes and costs.

### PLAINTIFF MINOR'S ALLEGATIONS

20.    Plaintiff Minor is the sole owner and user of her cell phone number ending in 0419.

21.    Plaintiff Minor registered her cell phone number on the DNC on March 4, 2022.

22.    Plaintiff Minor uses her cell phone number for personal use only as one would use a landline telephone number in a home, including to communicate with family and friends.

---

[17] *Id.*

[18] *Id.*

[19] *Id.*

23.    Plaintiff Minor has never advertised her cell phone number online or used it for business purposes.

24.    The calls and text messages that Plaintiff Minor received from Fiorella Insurance were all received more than 31 days after the Plaintiff registered her cell phone number on the DNC.

25.    On December 26, 2023 at 9:03 AM, Plaintiff Minor received an unsolicited text message to her cell phone from the Defendant from the shortcode 97418.

26.    The text message is addressed to Melvin regarding a solicitation for health insurance.

27.    Plaintiff Minor has never used the name Melvin and does not know who Melvin is.

28.    On December 26, 2023 at 12:27 PM, Plaintiff Minor received a 2nd unsolicited text message to her cell phone from the Defendant, again from the shortcode 97418:



29.    The 2nd unsolicited text message, shown above, is a solicitation for health insurance that is addressed to Melvin.

30.    On December 26, 2023, Plaintiff Minor received an unsolicited call to her cell phone from Fiorella Insurance, from phone number 850-894-6257.

31.    This call was not answered, but a pre-recorded voicemail was left stating:

> "Hi, this is Emma calling from Fiorella Insurance. We are your local agency for Florida Blue. I wanted to follow-up with you on your request for health insurance. Please call me back as soon as you can. My number is 954-332-1036. Hope to speak to you soon. Thanks."[20]

---
[20]

https://www.dropbox.com/scl/fi/bnkd309wlmphomdh331yj/18508946257_128776287771942274473.amr?rlkey=l9offmur41p0qlon2y6vpl1vo&dl=0

32.    Plaintiff Minor believes this voicemail was pre-recorded because it begins with 2 seconds of silence followed by background sounds and then the recording itself. In addition, the voicemail is generic, the intonation is robotic and it sounds scripted.

33.    On December 27, 2023 at 9:23 AM, Plaintiff Minor received a 3ʳᵈ unsolicited text message to her cell phone from Fiorella Insurance, from shortcode 97418:



34.    Like the first 2 text messages, this text message is a solicitation for health insurance addressed to Melvin from an agent from Fiorella Insurance.

35.    On January 2, 2024 at 11:14 AM, Plaintiff Minor received a 4ᵗʰ unsolicited text message to her cell phone from Fiorella Insurance, from shortcode 97418:



36.     As with the other text messages, this text message is a solicitation for health insurance addressed to Melvin.

37.     On January 2, 2024 at 11:19 AM, Plaintiff Minor received an unsolicited call to her cell phone from Fiorella Insurance, from phone number 850-894-6257.

38.     This call was not answered, but a pre-recorded voicemail was left stating:

> "Hi, it's Courtney from Fiorella Insurance. Sorry I missed you. I'm calling to update you on the application you submitted for health insurance. We want you to know that the 2023 open enrollment is happening now. You can reach me by phone at 954-332-1036. That's 954-332-1035. I'm available Monday to Friday from 9:00 AM to 8:00 PM. I'm looking forward to hearing from you."[21]

---

[21]

https://www.dropbox.com/scl/fi/gt9p6x0629yye0djziyle/18508946257_14203387497758060994 9.amr?rlkey=x6x9t8wow5mmn6us9p5f6tljx&dl=0

39.     Plaintiff Minor believes this voicemail was pre-recorded because it begins with 3 seconds of dead silence before the message begins. In addition, the voicemail is generic, the intonation is robotic and it sounds scripted.

40.     On January 3, 2024 at 11:32 AM, Plaintiff Minor received an unsolicited call to her cell phone from Fiorella Insurance, from phone number 850-894-6257.

41.     This call was not answered, but a pre-recorded voicemail was left stating:

> "Hi, this is Emma calling from Fiorella Insurance. We are your local agency for Florida Blue. I wanted to follow-up with you on your request for health insurance. Please call me back as soon as you can. My number is 954-332-1036. Hope to speak to you soon. Thanks."[22]

42.     Plaintiff Minor believes this voicemail is pre-recorded because it is identical to the voicemail she received on December 26th. Both of the voicemails feature the same voice, the same exact wording, the same intonation and both are exactly 24 seconds in duration.

43.     On January 3, 2024 at 11:36 AM, Plaintiff Minor received a 5th unsolicited text message to her cell phone from Fiorella Insurance, from shortcode 97418:

---

[22]

https://www.dropbox.com/scl/fi/kktch0f4yvgk6pzxwh4yc/18508946257_925084354063201020.amr?rlkey=m1woob4li75mnqqwosnzko4nq&dl=0



44.    Like the other text messages that Plaintiff Minor received, this text message is a solicitation for health insurance addressed to Melvin from a Fiorella Insurance agent.

45.    Plaintiff Minor did not solicit a health insurance quote from Fiorella Insurance and she has never done business with Fiorella Insurance.

46.    The unauthorized solicitation telephone calls and text messages that Plaintiff received from or on behalf of Defendant have harmed Plaintiff Minor in the form of annoyance, nuisance, and invasion of privacy, occupied her phone line, and disturbed the use and enjoyment of her phone.

47.    Plaintiff Minor had to spend time asking Fiorella Insurance to stop calling and texting her when she did nothing to solicit the calls/texts.

48.    Seeking redress for these injuries, Plaintiff Minor, on behalf of herself and Classes of similarly situated individuals, brings suit under the TCPA.

## CLASS ALLEGATIONS

49.     Plaintiff Minor brings this action pursuant to Federal Rules of Civil

Procedure 23(b)(2) and 23(b)(3) and seeks certification of the following Classes:

> **Pre-recorded No Consent Class:** All persons in the United States who
> from four years prior to the filing of this action through class certification
> (1) Defendant Fiorella Insurance called on their cellular telephone
> number (2) using an artificial or pre-recorded voice.

> **Do Not Call Registry Class:** All persons in the United States who from
> four years prior to the filing of this action through class certification (1)
> Defendant Fiorella Insurance called more than one time, (2) within any
> 12-month period, (3) where the person's residential telephone number
> had been listed on the National Do Not Call Registry for at least thirty
> days, (4) for substantially the same reason Defendant called Plaintiff.

50.     The following individuals are excluded from the Classes: (1) any Judge

or Magistrate presiding over this action and members of their families; (2)

Defendant, its subsidiaries, parents, successors, predecessors, and any entity in

which either Defendant or their parents have a controlling interest and their current

or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons

who properly execute and file a timely request for exclusion from the Classes; (5)

the legal representatives, successors or assigns of any such excluded persons; and

(6) persons whose claims against the Defendant have been fully and finally

adjudicated and/or released. Plaintiff Minor anticipates the need to amend the Class

definition following appropriate discovery.

51.     **Numerosity and Typicality**: On information and belief, there are hundreds, if not thousands of members of the Classes such that joinder of all members is impracticable, and Plaintiff is a member of the Classes.

52.     **Commonality and Predominance**: There are many questions of law and fact common to the claims of the Plaintiff and the Classes, and those questions predominate over any questions that may affect individual members of the Classes. Common questions for the Classes include, but are not necessarily limited to the following:

(a)     whether Defendant Fiorella Insurance or its agents placed pre-recorded voice message calls to Plaintiff Minor and members of the Pre-recorded No Consent Class without first obtaining consent to make the calls;

(b)     whether Defendant Fiorella Insurance placed multiple calls within a 12-month period to Plaintiff and other consumers whose telephone numbers were registered with the DNC for at least 30 days of the time of each call;

(c)     whether the calls constitute a violation of the TCPA;

(d)     whether Class members are entitled to an injunction against Defendant preventing it from making unsolicited prerecorded calls; and

(e)     whether members of the Class are entitled to treble damages based on the willfulness of Defendant's conduct.

53.    **Adequate Representation**: Plaintiff Minor will fairly and adequately represent and protect the interests of the Classes, and has retained counsel competent and experienced in class actions. Plaintiff Minor has no interests antagonistic to those of the Classes, and the Defendant has no defenses unique to Plaintiff. Plaintiff Minor and her counsel are committed to vigorously prosecuting this action on behalf of the members of the Classes, and have the financial resources to do so. Neither Plaintiff Minor nor her counsel have any interest adverse to the Classes.

54.    **Appropriateness**: This class action is also appropriate for certification because the Defendant has acted or refused to act on grounds generally applicable to the Classes and as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Classes and making final class-wide injunctive relief appropriate. Defendant's business practices apply to and affect the members of the Classes uniformly, and Plaintiff's challenge of those practices hinges on Defendant's conduct with respect to the Classes as wholes, not on facts or law applicable only to Plaintiff Minor. Additionally, the damages suffered by individual members of the Classes will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the members of the Classes to obtain effective relief from Defendant's

misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

## FIRST CLAIM FOR RELIEF
**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Minor and the Pre-recorded No Consent Class)**

55.     Plaintiff repeats and realleges the prior paragraphs of this Complaint and incorporates them by reference herein.

56.     Defendant Fiorella Insurance and/or its agents transmitted unwanted telephone calls to Plaintiff Minor and the other members of the Pre-recorded No Consent Class using a pre-recorded voice message.

57.     These pre-recorded voice calls were made *en masse* without the prior express written consent of the Plaintiff Minor and the other members of the Pre-recorded No Consent Class.

58.     The Defendant has, therefore, violated 47 U.S.C. § 227(b)(1)(A)(iii). As a result of Defendant's conduct, Plaintiff Minor and the other members of the Pre-recorded No Consent Class are each entitled to a minimum of $500 in damages, and up to $1,500 in damages, for each violation.

## SECOND CAUSE OF ACTION
**Telephone Consumer Protection Act**
**(Violations of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Minor and the Do Not Call Registry Class)**

59.     Plaintiff repeats and realleges paragraphs 1-54 of this Complaint and incorporates them by reference herein.

60.     The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c), provides that "[n]o person or entity shall initiate any telephone solicitation" to "[a] residential telephone subscriber who has registered his or his telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the federal government."

61.     Any "person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" may bring a private action based on a violation of said regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object.  47 U.S.C. § 227(c).

62.     Defendant violated 47 C.F.R. § 64.1200(c) by initiating, or causing to be initiated, telephone solicitations to telephone subscribers such as Plaintiff Minor and the Do Not Call Registry Class members who registered their respective telephone numbers on the National Do Not Call Registry, a listing of persons who do not wish to receive telephone solicitations that is maintained by the federal government.

63.     Defendant violated 47 U.S.C. § 227(c)(5) because Plaintiff Minor and

the Do Not Call Registry Class received more than one telephone call in a 12-month period made by or on behalf of the Defendant in violation of 47 C.F.R. § 64.1200, as described above.

64.     As a result of Defendant's conduct as alleged herein, Plaintiff Minor and the Do Not Call Registry Class suffered actual damages and, under section 47 U.S.C. § 227(c), are entitled, inter alia, to receive up to $500 in damages for such violations of 47 C.F.R. § 64.1200.

65.     To the extent Defendant's misconduct is determined to be willful and knowing, the Court should, pursuant to 47 U.S.C. § 227(c)(5), treble the amount of statutory damages recoverable by the members of the Do Not Call Registry Class.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, individually and on behalf of the Classes, prays for the following relief:

a) An order certifying this case as a class action on behalf of the Classes as defined above; appointing Plaintiff as the representative of the Classes; and appointing her attorneys as Class Counsel;

b) An award of money damages and costs;

c) An order declaring that Defendant's actions, as set out above, violate the TCPA;

d) An injunction requiring Defendant to cease all unsolicited calling activity, and to otherwise protect the interests of the Class; and

e) Such further and other relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff Minor requests a jury trial.

**HEATHER LEE MINOR**, individually
and on behalf of all others similarly situated,

DATED this 5th day of May, 2024.

By: /s/ Stefan Coleman

Stefan Coleman
COLEMAN PLLC
66 West Flagler Street
Suite 900
Miami, FL 33130
(877) 333-9427
law@stefancoleman.com

Avi R. Kaufman*
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Lead Counsel

*Attorney for Plaintiff and the putative
Classes*